IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ANGIE M. MULLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. _____ |
| v. ) | |
| ) | |
| EDWARD M. BUTLER, II, ) | |
| STEPHANIE L. BUTLER, ) | |
| SENIOR LIFESTYLES LLC, AND ) | |
| SPB ENTERPRISES LLC ) | |
| dba VICTORIAN GARDENS ) | |
| RETIREMENT HOME; ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT**

I.
SUMMARY

This is a failure to pay overtime wages case. Defendants employed the Plaintiff as a caregiver in a residential care facility. During her employment from July 2016 to October 2017, Defendants did not pay her overtime pay as required by the Fair Labor Standards Act ("FLSA").

The Defendants paid the Plaintiff an hourly rate for each hour worked, excepting overnight work which was paid at a set amount of $50.00 per ten-hour night. The Plaintiff would routinely work over forty hours in a workweek. Instead of her overtime rate for the hours over forty in a workweek, the Defendants routinely would pay the Plaintiff at her regular rate or else the set rate per night for an overnight shift. This resulted in payment at less than the minimum wage rate in some weeks. The failure to pay the Plaintiff at one and one-half times her regular rate for hours over forty in a workweek violates the FLSA.

For these reasons, Plaintiff seeks unpaid wages, liquidated damages, attorney fees, and all other relief permitted.

## II.
## JURISDICITION AND VENUE

1. This Court has original jurisdiction to hear this complaint and to adjudicate the claims stated herein under 28 U.S.C. § 1331, this action being brought under the FLSA, 29 U.S.C. § 201 *et seq.*.  Venue is proper because a substantial part of the events or omissions giving rise to the claim occurred in this District, and Defendants are subject to personal jurisdiction in Tennessee.

## III.
## PARTIES

2. Defendant Senior Lifestyles, LLC is a Tennessee limited liability company and employer within the meaning of FLSA, 29 U.S.C. § 203(d).  Defendant Senior Lifestyles, LLC exercised operational control over Plaintiff concerning her employment and has a principal office located at 723 W. Jackson Street, Cookeville, TN 38501.

3. Defendant Edward M. Butler, II is an employer within the meaning of FLSA, 29 U.S.C. § 203(d).  Defendant Edward M. Butler, II exercised ownership of Senior Lifestyles, LLC and operational control over Plaintiff concerning her employment.

4. Defendant SPB Enterprises, LLC dba Victorian Gardens Retirement Home, is a Tennessee limited liability company and employer within the meaning of FLSA, 29 U.S.C. § 203(d).  Defendant SPB Enterprises, LLC dba Victorian Gardens Retirement Home exercised operational control over Plaintiff concerning her employment and has a principal office located at 723 W. Jackson St., Cookeville, TN 38501.

5. Defendant Stephanie L. Butler is an employer within the meaning of FLSA, 29

U.S.C. § 203(d). Defendant Stephanie L. Butler, exercised ownership of SPB Enterprises, LLC dba Victorian Gardens Retirement Home and operational control over Plaintiff concerning her employment.

6. Plaintiff Angie M. Mullin is a resident of Tennessee and worked as a caregiver for Defendants.

## IV.
## FACTUAL ALLEGATIONS

7. During her employment from July 2016 to October 2017, Defendants paid Plaintiff a regular hourly rate for all hours worked, excepting overnight work which was paid at a set amount of $50.00 per ten-hour night.

8. Plaintiff worked for Defendants in Putnam County as a caregiver.

9. Plaintiff is not exempt from the FLSA because she is paid on an hourly basis and should be compensated for appropriate overtime.

10. During her employment from July 2016 to October 2017, the Plaintiff regularly worked in excess of forty hours in a workweek.

11. Plaintiff was not paid on a salary basis because caregiver employees of Defendants were paid an hourly rate for the exact amount of hours they worked, excepting overnight work which was paid at a set amount of $50.00 per ten-hour night.

12. Defendants failed to pay Plaintiff one and one-half times her regular rate of pay for each hour worked over forty in a workweek.

13. Defendants paid Plaintiff no wages for her work during weeks starting September 28 and October 5, 2017.

14. These practices violate the provisions of the federal Fair Labor Standards Act, 29 U.S.C § 201 *et seq.* As a result of these unlawful practices, Plaintiff suffered a loss of wages.

15. Defendants showed reckless disregard for the fact that their failure to pay Plaintiff appropriate overtime compensation was in violation of the law.

16. All conditions precedent to the filing of this suit have been satisfied.

## V.
## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands:

17. Judgment against Defendants for an amount equal to Plaintiff's unpaid back wages at the applicable rate;

18. Judgment against Defendants that their violations of the FLSA were willful;

19. An equal amount to the wage damages as liquidated damages;

20. To the extent that liquidated damages are not awarded, an award of prejudgment interest;

21. All costs incurred and reasonable attorney's fees for prosecuting these claims;

22. Leave to add additional Plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court;

23. Leave to amend to add claims under applicable state and/or federal laws; and

24. For Such further relief as the Court deems just and equitable.

Respectfully submitted,

　  /s/ William Bush  
William Bush, BPR No. 006052  
Counsel for Plaintiff  
Legal Aid Society of Middle Tennessee and the Cumberlands  
9 South Jefferson Ave., Ste. 102  
Cookeville, TN  38501  
Phone: (931) 528-7436  
Fax:  (931) 528-9350  
Email:  bbush@las.org