IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ANGIE M. MULLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:18-cv-00059 |
| v. | ) Judge Crenshaw/Holmes |
| | ) |
| EDWARD M. BUTLER, II, *et al.* | ) |
| | ) |
| Defendants. | ) |

MOTION FOR DEFAULT JUDGMENT AGAINST STEPHANIE L. BUTLER (PETERSON)

Comes now the plaintiff, Angie M. Mullin, and moves the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against defendant, Stephanie L. Butler (Peterson).[1] In support of this request, the plaintiff relies upon the record in this case and the affidavit submitted herein.

                                                Respectfully submitted,

                                                */s/* William Bush_____
                                                William Bush, BPR No. 006052
                                                Counsel for Plaintiff
                                                Legal Aid Society of Middle Tennessee and
                                                The Cumberlands
                                                9 South Jefferson Ave., Ste. 102
                                                Cookeville, TN 38501
                                                Phone: (931) 528-7436
                                                Fax:    (931) 528-9350
                                                Email: bbush@las.org

# CERTIFICATE OF SERVICE

       I, a member of the bar of this Court, certify that a true and correct copy of the foregoing Motion for Default Judgment Against Stephanie L. Butler (Peterson) was served via the Court's electronic filing system upon attorney for defendants Edward M. Butler, II and Senior Lifestyles, LLC, D. Michael Kress, II, Esq., 8 East Bockman Way, Sparta, TN 38583, and by mailing same first class, postage prepaid to Defendants,

**Stephanie L. Butler (Peterson)**
**2500 W. Jackson Street, Apt. E020**
**Cookeville, TN 38501**

**SPB Enterprises LLC, dba Victorian Gardens Retirement Home**
**c/o Stephanie L Butler (Peterson), Agent for service of Process**
**723 Jackson Street**
**Cookeville, TN 38501**

**SPB Enterprises LLC, dba Victorian Gardens Retirement Home**
**c/o Stephanie L Butler (Peterson), Agent for service of Process**
**2500 W. Jackson Street, Apt. E020**
**Cookeville, TN 38501**

       This 22nd day of May, 2020.

                                                               */s/* William Bush
                                                              William Bush