IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE NORTHEASTERN DIVISION

| | |
|---|---|
| ANGIE M. MULLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:18-cv-00059 |
| v. | ) Judge Crenshaw/Brown |
| | ) |
| EDWARD M. BUTLER, II, | ) |
| STEPHANIE L. BUTLER, | ) |
| SENIOR LIFESTYLES LLC, AND | ) |
| SPB ENTERPRISES LLC | ) |
| dba VICTORIAN GARDENS | ) |
| RETIREMENT HOME; | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR DEFAULT JUDGMENT

Comes now the plaintiff, Angie M. Mullin, and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against Defendants Stephanie L. Peterson (*fka* Butler) and SPB Enterprises LLC *dba* Victorian Gardens Retirement Home. In support of this request, the plaintiff relies upon the record in this case, memorandum of law, and the affidavit previously submitted herein. (Doc. No. 29)

Respectfully submitted,

/s/ William Bush
William Bush, BPR No. 006052
Counsel for Plaintiff
Legal Aid Society of Middle Tennessee and
The Cumberlands
9 South Jefferson Ave., Ste. 102
Cookeville, TN 38501
Phone: (931) 528-7436
Fax:   (931) 528-9350
Email: bbush@las.org

## CERTIFICATE OF SERVICE

I, a member of the bar of this Court, certify that a true and correct copy of the foregoing Motion for Default Judgment was served via the Court's electronic filing system upon attorney for Defendants Edward M. Butler, II and Senior Lifestyles, LLC., D. Michael Kress, II, Esq., 8 East Bockman Way, Sparta, TN 38583 and by mailing same first class, postage prepaid to Defendants,

**Stephanie M. Butler (Peterson)**
**1010 John T. Poindexter Drive**
**Livingston, TN 38570**

**SPB Enterprises LLC, dba Victorian Gardens Retirement Home**
**c/o Stephanie L Butler, Agent for Service of Process**
**1010 John T. Poindexter Drive**
**Livingston, TN 38570**

This 1st day of February, 2021

/s/William Bush
William Bush