UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ANGIE M. MULLIN, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| | )   No. 2:18-cv-00059 |
| | ) |
| EDWARD M. BUTLER, II, | ) |
| STEPHANIE L. BUTLER, | ) |
| SENIOR LIFESTYLES LLC, AND | ) |
| SPB ENTERPRISES LLC | ) |
| dba VICTORIAN GARDENS | ) |
| RETIREMENT HOME, | ) |
| | ) |
|     **Defendants.** | ) |

## DEFAULT JUDGMENT AND ORDER

Plaintiff's Motion for Default Judgment (Doc. No. 100) as to Stephanie L. Butler and SPB Enterprises LLC d/b/a Victorian Gardens Retirement Home is hereby **REINSTATED**. The Motion is **GRANTED** because the record reflects that (1) those two Defendants have been properly served, but have not filed an answer or otherwise defended this action; (2) more than twenty-one days have passed since they were served with process; and (3) the Clerk of the Court filed an Entry of Default as to both of those Defendants (Doc. Nos. 19, 58).

An Affidavit from Plaintiff, which stands unopposed, indicates that she was not paid for regular hours and overtime work as required by the Fair Labor Standards Act, 21 U.S.C. § 201, *et seq.*, in the total amount of $9,294.99. (Doc. No. 27-1). In addition, Plaintiff alleges that Defendants' failure to properly compensate her for regular and overtime hours was willful. Under the FLSA, an employer is liable to an employee for an amount of liquidated damages equal to the amount of unpaid wages for willful violation of the statute. 29 U.S.C. § 216(b). Because Defendants have not responded to Plaintiff's Complaint or otherwise shown that their violations of the FLSA

were in good faith, Plaintiff is entitled to liquidated damages, making the total amount of damages $18,589.98.

Accordingly, **JUDGMENT** is hereby entered in favor of Plaintiff Angie M. Mullin and against Stephanie L Butler and SPB Enterprises LLC d/b/a Victorian Gardens Retirement Home in the amount of $18,589.98. In addition, Plaintiff seeks an award of attorney's fees as provided for in 29 U.S.C. 216(b), and that request is hereby **REFERRED** to Magistrate Judge Barbara D. Holmes for a Report and Recommendation.

In light of this ruling and the previous dismissal of the remaining Defendants (Doc. No. 112), the pretrial conference scheduled for July 2, 2021 and the trial scheduled to begin on July 13, 2021 are hereby CANCELLED.

IT IS SO ORDERED.

*[signature]*
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE